THE STATE EX REL. COBB, APPELLANT, *v.* R.O. WETZ TRANSPORTATION COMPANY; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Cobb v. R.O. Wetz Transp. Co.* (2000), 87 Ohio St.3d 452.]

(No. 99–876—Submitted November 16, 1999—Decided January 12, 2000.)

*Lancione Law Offices* and *David Lancione*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Dennis H. Behm*, Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.

---

ALICE ROBIE RESNICK, J., dissenting. I would reverse the judgment of the court of appeals and return the cause to the Industrial Commission to comply with *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

DOUGLAS, J., concurs in the foregoing dissenting opinion.